IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN JONES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-1511 |
| | : | |
| EASTERN ATLANTIC STATES | : | |
| CARPENTERS PENSION FUND | : | |

## **ORDER**

AND NOW, this 16th day of July, 2026, upon consideration of the parties' cross-motions for summary judgment, related briefings, the hearing on the motions on March 11, 2026, and for the reasons stated in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff Bryan Jones's Motion for Summary Judgment (Dkt. No. 24) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Dkt. No. 23) is **GRANTED**;

3. Judgment is entered in favor of Defendant and against Plaintiff;

4. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.